

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DANIEL DAVID FERRIS, | § | No. 08-18-00222-CR |
|  | § | Appeal from the |
| Appellant, |  |  |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D00570) |

## **O R D E R**

On December 19, 2018, Robert Ramos, Appellant's attorney, filed a motion to withdraw as appellate counsel alleging that he does not represent Appellant on appeal as he was retained only as local trial counsel. Before the Court considers the motion to withdraw it will be necessary for the trial court to conduct a hearing.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant is indigent and entitled to the appointment of appellate counsel. If Appellant is not indigent, the trial court shall determine whether Appellant intends to retain appellate counsel or intends to proceed *pro se*. The trial court shall enter all necessary orders and/or findings which may include making Appellant aware of the dangers and disadvantages of self-representation and develop evidence as to whether Appellant's apparent decision to relinquish benefits associated with counsel and to proceed *pro se* is knowingly and intelligently made under *Hubbard v. State*, 739 S.W.2d 341 (Tex.Crim.App. 1987).

The trial court shall forward its order and/or findings to the District Clerk of El Paso County on or before January 22, 2019. The District Clerk shall prepare a supplemental clerk's record containing the trial court's order and/or findings on or before February 1, 2019. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before February 1, 2019.

IT IS SO ORDERED this 19th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.